**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**FERNANDO NIEVES JR.,**

**Plaintiff,**

**-against-**

**NEW YORK CITY DEPARTMENT OF EDUCATION, ET AL,**

**Defendants.**

---

I, Fernando Nieves Jr., being duly sworn, depose and say:

1. **Introduction**:
   I am the plaintiff in the action pending in the United States District Court for the Southern District of New York. I have been on Social Security Disability Insurance and Medicare since October 2008 due to a multifaceted psychiatric disability.

2. **Medical Condition**:
   My psychiatric disability includes ADHD, treatment-resistant major depression, chronic insomnia, anxiety disorder, agoraphobia, and posttraumatic stress disorder. To manage these conditions, I am prescribed and take seven different medications daily.

3. **Impact on Daily Functioning**:
   The combination of my psychiatric conditions and the side effects of my medications severely impair my daily functioning. There are days when the fog of depression is so thick that I cannot muster the energy to get out of bed, let alone manage tasks requiring concentration and interaction with others. My chronic insomnia exacerbates my depression and anxiety, creating a vicious cycle that further diminishes my ability to function.

4. **Impediment to Legal Compliance**:
   These conditions have directly impeded my ability to comply with the statutory filing deadline for my NY Federal Complaint. There have been periods of time where my psychiatric disability rendered me completely incapacitated, unable to understand or undertake the necessary legal actions within the prescribed timeframe. My chronic insomnia has led to days without sleep, followed by periods of extreme drowsiness due to medication, during which I was not in a state to manage my legal affairs.

5. **Efforts to Comply**:
   Despite these challenges, I have made concerted efforts to pursue my legal rights within the limitations imposed by my disability. I have sought additional medical consultations to better manage my symptoms and engaged family members to assist with my legal affairs. However, these efforts have been significantly hampered by the unpredictable nature of my psychiatric condition.

6. **Request for Time Extension**:
   Given the extraordinary circumstances outlined above, directly related to my severe

1

psychiatric disability, I respectfully request an extension to file my NY Federal Complaint to the Southern District of New York. This request is made not out of neglect or disregard for the legal process but as a necessary accommodation for my disability, which has severely limited my capacity to meet the original filing deadline.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Fernando Nieves Jr.

Date: August 5, 2024

State of New York County of Nassau

Subscribed and sworn to before me this **05th** day of **August, 2024**.

Notary Public

My Commission Expires: September 8, 2027

YOJAIRA FERNANDEZ
Notary Public   State of New York
NO. 01FE0013341
Qualified in Nassau County
My Commission Expires Sep 8, 2027

The person(s) making this acknowledgement (or making this oath) appeared using communication technology - **OnlineNotary.us**

2