UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FERNANDO NIEVES, JR.,

                Plaintiff,                24-CV-06267 (JAV)

      -v-                                  ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION,
*et al.*,

                Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      By order dated August 20, 2024, Chief Judge Laura Taylor Swain granted Plaintiff's request to proceed in forma pauperis ("IFP"). By Order dated May 2, 2025 (ECF No. 45), the Court authorized Plaintiff to file an amended complaint. ECF No. 45. On May 22, 2025, Plaintiff filed a Second Amended Complaint where he added the names of 12 new defendants. ECF No. 47.

      Because Plaintiff was granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. Walker v. Schult, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

      Under Valentin v. Dinkins, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the Amended Complaint, Plaintiff supplied sufficient information to permit the DOE to identify service addresses for the New Defendants. On August 6, 2025, the Court issued an Order directing the New York City Law Department, which is the attorney for and agent of the DOE, to ascertain service addresses for the New Defendants and provide that information to the Court and Plaintiff by September 5, 2025. ECF No. 49. Alternatively, to the extent the Law Department is authorized to accept service of the

Amended Complaint upon behalf of any of the New Defendants in their individual capacities, they could inform the Court in lieu of providing service addresses. *Id.*

On September 5, 2025, pursuant to the court's August 6, 2025 Order, the New York City Law Department submitted by email to the Court and Plaintiff the service information for the New Defendants. It is hereby ORDERED, that the New York City Law Department shall submit a letter on ECF containing the service information of the New Defendants by no later than **September 12, 2025**.

SO ORDERED.

Dated: September 10, 2025
      New York, New York

                                                           JEANNETTE A. VARGAS
                                                           United States District Judge