UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                  :
FERNANDO NIEVES, JR.,                  :

                           Plaintiff,                :          24-CV-6267 (JAV)

             -v-                            :          <u>ORDER OF SERVICE</u>

NEW YORK CITY DEPARTMENT OF EDUCATION  :
et al.,                                                  :

                      Defendants.      :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       The Court is in receipt of the letter in response to the Order dated August 6, 2025, providing addresses where Defendants Michael Weinstein, Ann Organisciak, Eric Nadelstern, Audrey Jacobson, Elaine Meyer, Marilyn Horan, Yvonne Joseph, Rosemary Drori, Mercuria Gibson, and Giovanna Henson may be served. *See* Docket No. 51.

       The Clerk of Court is directed to complete one U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant, issue summonses, and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants forthwith.

       Plaintiff has also filed a motion seeking an extension of time to file a motion for leave to file a third amended complaint. There is no pending deadline for the Court to extend, however. The Court issued an Order setting a deadline of May 22, 2025, to file a Second Amended Complaint (ECF No. 45), and Plaintiff timely filed that amended complaint. Plaintiff's motion is

therefore denied as moot.  The Clerk of Court is directed to terminate ECF No. 52.

    SO ORDERED.

Dated: October 6, 2025
       New York, New York

                                            JEANNETTE A. VARGAS
                                            United States District Judge