UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                     :

FERNANDO NIEVES, JR.,                   :

                 :

          Plaintiff,       :        24-CV-6267 (JAV)

                 :

     -v-            :        ORDER

                 :

NEW YORK CITY DEPARTMENT OF EDUCATION :
et al.,                 :

                 :

         Defendants.   :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

By letter dated September 12, 2025, Corporation Counsel submitted a letter to this Court, representing that the New York City Department of Education ("DOE") was authorized to accept service on behalf of Defendants Michael Weinstein, Ann Organisciak, Eric Nadelstern, Audrey Jacobson, and Elaine Meyer, and that such service should be directed to 52 Chambers Street, New York  New York.  *See* Docket No. 51.  In reliance upon that representation, the Court issued an Order of Service on October 3, 2025, ECF No. 53, and the U.S. Marshals then attempted to serve the defendants.  Repeated attempts at service upon DOE were attempted, yet DOE each time refused to accept service for these Defendants.  *See* ECF Nos. 65-69.

Corporation Counsel shall submit a letter by April 28, 2026, explaining the refusal of service by DOE.  It shall also ascertain whether these defendants will agree to execute waivers of service.

SO ORDERED.

Dated: April 21, 2026
      New York, New York                _____
                                       JEANNETTE A. VARGAS
                                       United States District Judge