UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
FERNANDO NIEVES, JR.,                               :
                                                    :
                                Plaintiff,          :          24-CV-6267 (JAV)
                                                    :
            -v-                                     :          ORDER OF SERVICE
                                                    :
NEW YORK CITY DEPARTMENT OF EDUCATION               :
et al.,                                             :
                                                    :
                                Defendants.         :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On June 18, 2026, Defendant filed on the docket the Third Amended Complaint ("TAC"). ECF No. 78. The TAC names as Defendants the New York City Department of Education, Joseph Zaza, Dr. Anne Garner, Jeffrey Chetirko, Joyell Simmons, and Ann Organisciak. *See id.* All of the Defendants named in the TAC other than Ann Organisciak have appeared in this case.

By letter dated April 28, 2026, the New York City Law Department represented that the New York City Department of Education will accept service for Defendant Ann Organisciak by service upon Ana Apostoleris Rivera, New York City Department of Education, 52 Chambers Street, #308, New York, NY, 10007.

The Clerk of Court is directed to complete one U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant Ann Organisciak, issue summonses, and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendant Ann Organisciak forthwith.

The Clerk of Court is directed to terminate all Defendants listed on the docket other than the Defendants named in the TAC. As the United Federation of Teachers is no longer a

2

defendant in this matter, the Clerk of Court is also directed to terminate as moot the United

Federation of Teacher's motion to dismiss the first amended complaint (ECF No. 38).

     SO ORDERED.

Dated: June 18, 2026
     New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2